USA-74-24B
(Rev. 05/01)

# CRIMINAL DOCKET

**SEALED**

Southern District of Texas
FILED

DEC 13 2018

David J. Bradley, Clerk of Court

**18 CR 713**
NO.

HOUSTON DIVISION

USAO Number: 2016R22223

Magistrate Number:

CRIMINAL INDICTMENT

Filed _____

Judge: Hanen

**UNITED STATES of AMERICA**

VS.

ATTORNEYS:

**RYAN K. PATRICK, USA**         (713) 567-9000

Devon Helfmeyer, Trial Attorney     (713) 567-9000

|  | Appt'd | Private |
|---|---|---|
| JANIS JEAN FOWLER-GULDE, M.D. (Cts. 1-5) | ☐ | ☐ |
| JONATHAN GULDE (Cts. 1-5) | ☐ | ☐ |
|  | ☐ | ☐ |
|  | ☐ | ☐ |
|  | ☐ | ☐ |
|  | ☐ | ☐ |

**CHARGE:**
(TOTAL)
(COUNTS:)
( 5 )

Ct. 1: Conspiracy to Unlawfully Distribute and Dispense Controlled Substances (21 U.S.C. § 846)

Cts. 2-5: Distribution of Controlled Substances (21 U.S.C. § 841 & 18 U.S.C. § 2)

**PENALTY:** Ct. 1-5: Up to 20 yeas imprisonment, $1,000,000 fine, 3 years supervised release.

NOTICE OF CRIMINAL FORFEITURE

☐ In Jail
☐ On Bond
☐ No Arrest

NAME & ADDRESS
of Surety:

**PROCEEDINGS:**