**COURTROOM MINUTES:**
**The Honorable Frances H. Stacy, Presiding**
Deputy Clerk: Beverly White
Interpreter ___None___ ERO _L. Howard_
USPT/USPO ___Up___
☐ OTHER DISTRICT ☐ DIVISION    THEIR CASE# ___

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
FILED 12.18.18
_____, CLERK
By Deputy

OPEN _2:32_ ADJOURN _2:53_

**PROCEEDING HELD:**
☑ Initial Appearance  ☐ Counsel Determination Hearing  ☐ Status Hearing
☐ Bond Hearing  ☐ Identity  ☐ Hearing Continued on ___
☐ Detention Hearing  ☐ Preliminary Hearing  ☐ Other ___

CASE NUMBER  CR H- _18-713_

USA VS.   AUSA _Devon Helfmeyer_
2) _Jonathan Gulde_   (R) _Brian J. Hobson_ 713.223.5575
1) _Janis Jean Fowler-Gulde, M.D._   (R) _Wendell Odom Jr._ 713.223.5575

☑ Date of arrest _12.18.18_    ☐ Rule 5
☑ Defendant's first appearance, Advised of rights/charges on: ☑ Indictment /Complaint ☐ Information ☐ Superceding
    Violation of  ☐ Supervised Release ☐ PTS

☑ Defendant ☐ Material Witness appeared   ☑ with ☐ without counsel

☐ Defendant requests appointed counsel.   ☐ Financial Affidavit executed and sworn.
☐ Order appointing Federal Public Defender   ☐ Order appointing private counsel to follow.
☐ Order of partial reimbursement to follow.  ☐ Oral order, Defendant to Reimburse CJA fund $___
☑ Defendant advises that he will retain private counsel. _See above_

1) ☑ Defendant _50,000.00_ bond set  ☐ Cash ☐ Surety ☐ P/R ☐ Unsecured ☐ $___ Deposit _Co-signer_
2) ☑ Defendant _50,000.00_ bond set  ☐ Cash ☐ Surety ☐ P/R ☐ Unsecured ☐ $___ Deposit _Co-signer_
☐ Defendant ___ bond set  ☐ Cash ☐ Surety ☐ P/R ☐ Unsecured ☐ $___ Deposit
☐ Surety signatures required as to Defendant(s) ___
☑ Defendant(s) ___ advised of conditions of release
☑ BOND EXECUTED and Defendant _to be_ Released
☐ No bond set at this time. 10 day Detention Order entered, as to Defendant(s) ___
☐ Order of Temporary Detention Pending Hearing entered as to Defendant(s) ___
☐ Order of Detention Pending Trial entered as to Defendant(s) ___
☐ Bond revoked  ☐ Bond reinstated  ☐ Bond Continued
☐ Defendant ___ remanded to custody  ☐ M/W remanded to custody
☐ Defendant Ordered Removed to Originating District

Defendant ___ Waiver of ☐ Preliminary ☐ Identity ☐ Detention Hrg ☐ Detention Hrg this District
☐ Court finds: ☐ Probable Cause  ☐ Identity

☑ Defendant(s) ___ is/are scheduled on ___ at ___ for:
   ☑ Arraignment _now_  ☐ Counsel Determination Hearing  ☐ Identity Hearing
   ☐ Detention Hearing  ☐ Preliminary Hearing  ☐ Final Revocation Hearing