MAGISTRATE JUDGE FRANCES H. STACY
CASE MANAGER BEVERLY WHITE          TAPE ERO _L. Howard_
USPS / USPO _Lopez_                 INTERPRETER _None_
TIME begin ___ A.M. end ___   2:53 begin / 2:57 end P.M.    DATE 12-18-18

CR. NO. CR-H-18-713    USDJ _Hanen_

UNITED STATES OF AMERICA
vs.                                  _Devon Helfmeyer_, AUSA

| Deft. No. | Deft. Name | | |
|---|---|---|---|
| | Jonathan Gulde | § | Brian M. Hobson 713.223.3556 |
| | Janis Jean Fowler-Gulde, MD | § | Wardell Odom, Jr. 713.223.5575 |
| | | § | |
| | | § | |
| | | § | |

add'l defts on reverse side          new atty info on reverse    Appt - A, Retd - R, FPD - F

## ARRAIGNMENT

☑ Arraignment held.    ☐ Arraignment held on superseding indictment.    ☐ Arraignment not held.
☐ Deft _____ first appearance with counsel.    ☐ Deft _____ appeared without counsel.
☐ Deft _____ Waiver of Indictment executed (for criminal information).
☑ Deft _____ enters a plea of not guilty.    ☐ Deft _____ enters a plea of guilty.
☐ Deft _____ plea of guilty probable; pro forma plea of not guilty entered.
☐ Deft _____ rearraignment set _____ at _____ before Judge _____.
☐ Waiver of Speedy Trial executed.
☑ Scheduling Order    ☑ issued w/cc to parties.    ☐ to be mailed.    ☐ not issued.
☐ Deft _____ Order for PSI setting Disclosure and Sentencing dates signed.    ☐ PSI waived.
☐ Deft _____ sentencing set _____ at _____.
☐ Deft _____ failed to appear, bench warrant to issue.
☑ Deft _____ bond ☑ set    ☐ reduced to $ 50,000.00    ☐ Cash ☑ Surety (crossed out) Signature ☐ 10%    ☐ PR.
☐ Deft _____ executed bond and released from custody.
☐ Deft _____ bond continued.
☐ Deft _____ remanded to custody.
☐ Deft _____ Nebbia Hearing held (conflict of interest).
OTHER PROCEEDINGS: _____

Copy to:    Case Manager for USDJ
            USPO (if PSI ordered)          see reverse