

**Michael S. Byrd** Attorney
mbyrd@byrdadatto.com

June 16, 2022

Campbell Centre II
8150 N. Central Expwy, Ste 930
Dallas, Texas 75206
D: 214.291.3202
O: 214.291.3200

*Via Email*

Re:   Dr. Janis Fowler Gulde
Bay Area Transitional Clinic
Transfer of Patients and Ownership
Our File No. 21XX.001

To Whom It May Concern:

Our firm has been retained to assist in the transition of ownership of the practice from Dr. Janis Fowler Gulde to another physician. The documentation and transition of practice ownership and patient care typically takes ninety days to accomplish. It becomes difficult, if not impossible, to maintain patient care and to document appropriately the transition of patients and ownership if the owner is not available.

Best Regards,

Michael S. Byrd

P:\Client Matters\Pending\(Bay Area Transitional Clinic, Jonathan Gulde)\Transfer of Patients and Ownership (Bay Area Transitional Clinic) 20220616.docx

Campbell Centre II      8150 N. Central Expressway, Suite 930      Dallas, Texas 75206
D: 214.291.3202      O: 214.291.3200
A Professional Limited Liability Company
www.byrdadatto.com