Probation Form No. 35
(12/2016)

Report and Order Terminating Probation
or Supervised Release
Before Original Expiration Date

## United States District Court
## for the
## Southern District of Texas

United States of America
Versus
**Jonathan Gulde**

Criminal Case: **4:18CR00713-002**

On November 30, 2021, this defendant was placed on Probation for 3 years. The defendant has complied with the court's restrictions and no longer needs supervision. It is recommended that this person be discharged from Probation.

Respectfully submitted:

_____
Julie C. Borunda
United States Probation Officer

### Order of Discharge

On the probation officer's recommendation, the defendant is discharged from Probation, and these proceedings are terminated.

Signed   June 21, 2024   at Houston, Texas.

_____
Andrew S. Hanen
United States District Judge